THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Casey Bernard Stuckey,       
Appellant.
 
 
 

Appeal From Sumter County
Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-180
Submitted March 1, 2005  Filed March 10, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Casey Bernard Stuckey appeals his conviction for kidnapping and second-degree lynching, arguing the trial court erred in denying his directed verdict motion on the lynching charge.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Stuckeys appeal under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.